IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PERRY AYERS, an individual, ) ) ) Plaintiff, ) ) vs. ) ) ) HADMAC, INC., d/b/a MCDONALDS, ) a domestic company, ) ) Defendant. ) | Case No.: 16-CV-67-RAW |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, Perry Ayers and Hadmac, Inc. d/b/a Mcdonalds hereby stipulate that this lawsuit is dismissed with prejudice. Each party will bear its own attorney fees and costs.

Respectfully submitted,

**ARMSTRONG & VAUGHT, P.L.C.**

/s/ *Charles C. Vaught*
**Charles C. Vaught, OBA #19962**
2727 East 21st Street, Suite 505
Tulsa, OK 74114
918-582-2500 – Telephone
918-583-1755 – Facsimile
cvaught@a-vlaw.com
*Attorney for the Plaintiff*

ATTORNEY FOR HADMAC, INC., d/b/a MCDONALDS

/s/ *Ron Wright*
**Ron Wright**
Wright, Stout & Wilburn PLLC
P.O. Box 707
Muskogee, OK 74402-0708
*Attorney for the Defendant*